**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02670-CMA

BIG O TIRES, LLC, a Nevada limited liability company
f/k/a BIG O TIRES, INC., a Colorado corporation,

      Plaintiff,

v.

T&B TIRE, INC, a Utah corporation,
TRAVIS L. BAIRD, and
BABETTE BAIRD,

      Defendants.

---

**ORDER DENYING MOTION AS MOOT**

---

      Plaintiff's Motion for Order To Show Cause Why Defendants Should Not Be Held In Contempt of Court (Doc. # 23) is DENIED AS MOOT due to the automatic stay triggered by the filing of Debtor's Chapter 7 Bankruptcy Petition (Doc. # 24).

      DATED:  April __7__, 2009

                                                   BY THE COURT:

                                                   _____
                                                   CHRISTINE M. ARGUELLO
                                                   United States District Judge